UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br>　　　　Plaintiff,<br>　　v.<br>SAN FRANCISCO AIRPORT SOUTH TL, L.P., et al.,<br>　　　　Defendants. | Case No. 21-cv-00634-KAW<br><br>ORDER TERMINATING MOTION TO DISMISS<br><br>Re: Dkt. No. 8 |

　　On March 12, 2021, Defendants filed a motion to dismiss Plaintiff Whitaker's initial complaint. (Dkt. No. 8.) On March 31, 2021, Plaintiffs filed an amended complaint. (Dkt. No. 14.)

　　Under Rule 15(a)(1)(B), a party may amend its pleading once as a matter of course within 21 days of being served with a motion under Rule 12(b). The amended complaint was filed fewer than 21 days after service of the 12(b)(6) motion. Accordingly, the Court terminates the pending motion to dismiss, as the operative complaint is now the amended complaint.

　　**IT IS SO ORDERED.**

Dated: April 2, 2021

　　　　　　　　　　　　　　　　　_/s/ Kandis Westmore_
　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　United States Magistrate Judge